UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON LAMONTE SANDERS and JOSLYN LASHAE HERNDON SANDERS, | § § § § | |
| *Plaintiffs,* | § § | |
| | § | Civil Action No. 3:26-CV-0096-X-BW |
| v. | § § | |
| COMMISSIONER, TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, et al., | § § § § | |
| | § | |
| *Defendants.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 16). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, Plaintiffs' Motions to Expedite (Docs. 9, 14) are **GRANTED**, and this lawsuit is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction

1

**IT IS SO ORDERED** this 24th day of March 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE